IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
PARKERSBURG DIVISION

BRIAN SAWYER,

        Plaintiff,

v.                                CIVIL ACTION NO. 6:10-cv-01256

JIM R. ASBURY, et al.,

        Defendants.

**JUDGMENT ORDER**

On August 14, 2012, this court was scheduled to hold a trial to determine damages in the instant case. The trial was to be held because this court had previously entered an order granting the plaintiff's Renewed Motion for Judgment as a Matter of Law on the issue of liability. (Ord. [Docket 62].) As the trial began, the parties informed the court that they had reached a stipulation on damages. The parties stipulated to nominal damages in the amount of one dollar. The parties also informed the court that they had reached a side agreement concerning damages that is a high low agreement. A live controversy still exists between the parties regarding the defendant's liability.

In accordance with the parties' damages stipulation, the court **ORDERS** that judgment be entered in favor of the plaintiff Brian Sawyer in the amount of one dollar, and that this case be dismissed and stricken from the docket.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented party.

                ENTER:      August 22, 2012

                _____
                JOSEPH R. GOODWIN
                UNITED STATES DISTRICT JUDGE